UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW HANNAN,
   **Plaintiff**
    ~ against ~

THE CITY OF NEW YORK, AMY ROSE in her capacity as President and CEO of ROSE ASSOCIATES, KEVIN RODRIGUES, RAYMOND ALEXANDER, ANDREW CAMPAN and ALEXIS HERNANDEZ in their capacities as Private Policemen at HENRY HALL, YAMILE ZARZUELA, in her capacity as Senior LIHTC Compliance Administrator at ROSE ASSOCIATES.
   **Defendants**

1:18-cv-09878-PGG-DCF

**WITNESS AFFIDAVIT IN SUPPORT OF MOTIONS**

DATE FILED: 3-25-19

    I, MICKEY BARRETO, am fully familiar with this case and the Plaintiff, Matthew Hannan.

1. I have been involved in this case from the beginning and I have witnessed most, if not all of the evens described by Matthew.

2. I have also been helping him with all the research and filing both his housing court and this federal case.

3. Matthew and I met in 2011 in California and have been friends since. I can say for sure that Matthew is an honest and truthful man that has always helped others.

4. In September 2017, I started my move from Los Angeles, California to New York City and Matthew would let me stay at his place for free.

1

5. It was in January of 2018, while still working in California, that I remember Matthew telling me that he had moved to a new place with his friend Jimmie.

6. He would take me tours via Facetime and show me the gym, the music room and the roof top. Matthew told me the place was brand new and that he would soon be on the lease with Jimmie Orr.

7. When I came back to New York City on March 1st, 2018, Matthew had a new place with Jimmy.

8. Then on March 7th I went back to California to finish my move from there.

9. Before I left Matthew and Jimmie made me a cake because my birthday was going to be the next day, Exhibit A.

10. I remember Matthew telling me about a letter they received mentioning something about him having to leave.

11. But when I returned to New York City on March 17, I was with Matthew the night that he was locked out of his apartment.

12. We had both entered the elevator when one of the security guards came over yelling at us and telling us to get off the elevator or they would "drag us out and get us arrested."

13. I recall the guilt I felt because I thought my presence had caused his ousting of the place he liked so much.

14. I had just arrived from LA and he had just lost his place.

15. I took a photo of on that night shortly after the lockout, Exhibit B.

16. I was there when Jimmie allowed Matthew to come over and pick up his furniture but that was a set up.

17. That was October 11, and I asked Jimmie Orr if he had that letter that I had seen but I had heard that asked him to kick out Matthew out of the apartment.

18. I took a photo of the exact moment Jimmie was showing Matthew the letter. Exhibit C.

19. Matthew wished he had the letter sooner because during a hearing for case LT 16056/18 on July 26, 2018, Rose Associates lied to the Court that they had never heard of a Matthew Hannan and had no idea who he was.

20. I am an unedited photo of the letter that Jimmie showed us. Exhibit D.

21. The security guards had agreed to let Matthew in the building so that the cops could arrest him.

22. Defendants City of Los Angeles and Rose Associates Defendants again conspiring to hurt Matthew Hannan.

23. On November 6, 2018 Rose Associates and The City of New York City and Jimmie Orr—the two first ones conspired to wrongfully arrest Matthew Hannan under the false accusation of domestic violence.

24. Jimmie Orr felt guilty and tried to persuade the police by telling them the truth that he had lied to get Matthew arrested.

25. Jimmie Orr lied that Matthew Hannan had hurt him so that he could claim domestic violence and move to a new place.

My Request:

26. I ask this court to allow me to sit next to Matthew in court and help Matthew Hannan defend himself.

27. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 26, 2019

Mickey Barreto
481 8th Avenue, 2565
New York City, New York 10001
Cell Phone 917-703-7227
Email: 2mickeybarreto@gmail.com

State of NY
County of New York
Sworn to before me this 26th day of March, 2019 by Mickey Barreto

MICHAEL SENZ
Notary Public - State of New York
No. 01SE6114952
Qualified in New York County
My Comm. Expires Aug. 30, 2020

4

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



RECEIVED
19 MAR 25 PM 1:47
U.S. DISTRICT COURT
S.D.N.Y.

Mathew Howard
499 Pre Catalog 2585
NY, NY
19000
U.S. DISTRICT COURT
S.D.N.Y.

To Be Filed
Monday March 25, 20

SDNY
5W

Pro Se Office
40 Foley Square
NY, NY 10007
165

Case# 18-cv-9878