UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW HANNAN,

                Plaintiff,

   -against-

CITY OF NEW YORK,

                Defendant.

18cv09878 (PGG) (DF)

**SCHEDULING ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

       The Court having held a telephone conference on March 18, 2021, with *pro se* plaintiff Matthew Hannan ("Plaintiff") and counsel for the remaining defendant in this case, the City of New York (the "City"), it is hereby ORDERED, as stated at the conference, that any discovery relating to Plaintiff's claims against the City shall be stayed pending resolution of the City's motion to dismiss the First Amended Complaint.

Dated: New York, New York
       March 23, 2021

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All parties (via ECF)